IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENQ CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMSON INC.,<br><br>    Defendant.     / | No. C 05-01893 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court **DENIES** the parties' stipulation to continue the case management conference to August 18, 2005, and hereby **RESETS** the case management conference to **JULY 21, 2005, AT 11:00 A.M.** Please submit a joint case management statement at least **SEVEN DAYS PRIOR** to the conference.

**IT IS SO ORDERED.**

Dated: July 8, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE